1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PHILLIP A. DAVIS, Cal. Bar No. 110430
3  DANA B. FINKEY, Cal Bar No. 253641
   333 South Hope Street, 48th Floor
4  Los Angeles, California  90071-1448
   pdavis@smrh.com/dfinkey@smrh.com
5  Telephone:  213-620-1780
   Facsimile:   213-620-1398
6
   Attorneys for Respondent
7  SHAW INDUSTRIES, INC.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | FLOORING 101, INC. a California corporation, | Case No. CV 09-2279 DSF (Ex)
   |                                               | Assigned to: Hon. Dale S. Fischer
12 |                Petitioner,                    |
13 |                                               | **DECLARATION OF MARJORY DOIMAS IN RESPONSE TO ORDER TO SHOW CAUSE RE REMAND TO STATE COURT DATED APRIL 27, 2009**
14 |        v.                                     |
15 | SHAW INDUSTRIES, INC., a Georgia corporation, and DOES 1 through 10, inclusive, |
16 |                                               |
17 |                Respondent.                    |
18 |                                               | Complaint Filed: March 6, 2009
   |                                               | Notice of Removal Filed: April 1, 2009

-1-

## DECLARATION OF MARJORY DOIMAS

I, Marjory Doimas, declare:

1.  I am the Manager of Accounting and Operations at Flooring 101, Inc. I have personal knowledge of the facts set forth herein, except where stated on information and belief and, if called to testify as a witness, I could and would testify competently thereto.

2.  Petitioner Flooring 101, Inc. ("Flooring 101") is incorporated in California and its principal place of business is in California.

3.  Flooring 101's corporate offices are located in Ventura County, California All of Flooring 101's executive and administrative functions are performed out of its corporate offices in Ventura County, California.

4.  Flooring 101 has four retail stores. The stores are located in 1) Ventura, California; 2) Oxnard, California; 3) Simi Valley, California; and 4) Thousand Oaks, California. Flooring 101 does not lease or own any other properties used to conduct its business.

5.  Flooring 101 has approximately **35** employees. All of Flooring 101's employees are based in California.

6.  All of Flooring 101's tangible property is located in California, and all of Flooring 101's inventory is located in California. All of Flooring 101's business-related purchases are made by employees in California, although Flooring 101 does purchase materials and goods from suppliers that may have locations out-of-state.

-1-

W02-WEST:1DBF1\401515408.1    DECLARATION

7. From January 1, 2009 to the present, Flooring 101's above-described operations account for all of Flooring 101's fiscal sales, all of its operating income and all of its accounts receivable.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*/s/ Marjory Doimas*
MARJORY DOIMAS

-2-

DECLARATION

W02-WEST:1DBF1\401515408.1